

Honorable John Robert Blakey,    Oct 10, 2017

Case No: 1:17-cv-03581

I am sending this in Regards to my civil law suit case I have pending against Thomas, Dart, et al. I received a letter in Aug 29th 2017 while I was incarcerated in Cook County Jail. Since I recieved it I was transferred to Logan Correctional facility. Since I was transferred I missed my Ear hearing/ Video court on Sept 28th 2017 in front of the Honorable Judge Virginia M. Kendall. I notified the Staff at Logan Correctional Center of my court date, they faxed my recieval papers to the court. I have had no contact with my attorney. I also have not recieved any information on my case from the courts etc...
My attorney is Cannon Lambert Sr.
My out date is Dec 21, 2017 my number is Y24410 Misty Washington
Thank you for helping and sorry for any inconvenience

Sincerely,
Misty Washington
Y24410

FILED
OCT 19 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Misty Washington Y74410
P.O. Box 1000
Lincoln, IL 62656

Legal Mail

From an inmate of the Illinois Department of Corrections. This correspondence is

Honorable John Robert Blakey
Office of
Clerk of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

SPRINGFIELD IL 627
16 OCT 2017 PM

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper



10/19/2017-9